# UNITED STATES DISTRICT COURT

# MIDDLE DISTRICT OF LOUISIANA

**DAVID SYLVESTER (#342848)**  CIVIL ACTION

**VERSUS**

**BURL CAIN, ET AL.**  NO. 11-0219-FJP-DLD

### O R D E R

This matter comes before the Court on the plaintiff's Motion for Outside Expert Witnesses, rec.doc.no. 90, pursuant to which he seeks to have the Court appoint an "outside set of experts," at government expense, to offset the potentially prejudicial effect of expert testimony which will be provided by employees of the Louisiana Department of Public Safety and Corrections. The plaintiff is not entitled to the relief requested. See Choyce v. Velez, 465 Fed.Appx. 367 (5th Cir. 2012), citing Pedraza v. Jones, 71 F.3d 194 (5th Cir. 1995). If the plaintiff is able to incur the expense of retaining one or more experts to assist him before and during trial, he may do so. However, he will otherwise be limited to the use of his own testimony, to that of inmate witnesses, and to that of witnesses called by the defense and/or subpoenaed by the Court. Accordingly,

**IT IS ORDERED** that the plaintiff's Motion for Outside Expert Witnesses, rec.doc.no. 90, be and it is hereby **DENIED.**

Signed in Baton Rouge, Louisiana, on September 13, 2012.

**MAGISTRATE JUDGE DOCIA L. DALBY**